PROB 12C
(7/93)

Report Date: June 22, 2016

# United States District Court

for the

Eastern District of Washington

**Petition for Warrant or Summons for Offender Under Supervision**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2016

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99205 | |
| Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge | |
| Date of Original Sentence: March 10, 2015 | |
| Original Offense: Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: Aine Ahmed | Date Supervision Commenced: October 16, 2015 |
| Defense Attorney: Federal Public Defender | Date Supervision Expires: October 15, 2018 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On June 18, 2016, the U.S. Probation Office in Spokane received notification that Mr. Vaughn's name had been run by law enforcement in Coeur d'Alene, Idaho. A police report was requested on the contact, and the undersigned officer learned that, according to the provided reports, Mr. Vaughn was arrested by Coeur d'Alene police for both driving with a suspended license and for drug-trafficking charges. |
| | The provided reports, as well as contact with the assigned detective, indicate that on June 18, 2016, at approximately 0115 hours Mr. Vaughn was observed driving a yellow Camaro by city police. Mr. Vaughn was contacted by police and subsequently arrested for driving without privileges. The vehicle was subsequently searched as a part of the impound process, at which time a digital scale and a brown colored envelope with a white powdery substance were located. The substance was tested at the scene by law enforcement and the resulting test confirmed that the substance was presumptive positive for cocaine. According to the police report, the amount was determined to be approximately 2 ounces of suspected cocaine. |

It should be noted that when questioned by law enforcement at the scene, Mr. Vaughn denied knowledge of the substance being in the vehicle. During the contact with Mr. Vaughn, Mr. Avery Jones and Mr. Taurean Jones were also contacted. Further interviewing of said parties appear to collaborate that all three parties drove over to Coeur d'Alene together. According to police reports, a female later arrived at the scene and indicated that the vehicle belonged to Taurean Jones' girlfriend. It should be noted that when questioned, Mr. Vaughn did admit to driving the vehicle without a valid license.

On June 21, 2016, Mr. Vaughn contacted the undersigned officer by phone and admitted to parking the vehicle without a valid license, but adamantly denied any knowledge of the presence of cocaine in the vehicle. Mr. Vaughn remains in custody at this time on the alleged charges.

2   **Standard Condition # 1**: The defendant shall not leave the judicial district without the permission of the court or probation officer.

**Supporting Evidence**: On June 18, 2016, Mr. Vaughn was arrested in Coeur d'Alene, Idaho. Mr. Vaughn had at no time requested permission from the undersigned officer to travel to Idaho, and has been previously informed of his requirement to request approval to travel outside of the Eastern District of Washington. During contact with Mr. Vaughn on June 21, 2016, he admitted to traveling to Coeur d'Alene, Idaho.

3   **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On June 18, 2016, Mr. Vaughn was arrested in Coeur d'Alene in the company of both Mr. Taurean Jones and Mr. Avery Jones. Mr. Vaughn admitted to both law enforcement, and eventually to the undersigned officer, that he had traveled to Coeur d'Alene from Spokane with the two identified parties. A criminal records request on both parties indicate that they have significant criminal records.

4   **Special Condition # 18**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: On June 18, 2016, Mr. Vaughn, after being contacted by law enforcement, admitted that he "had a few beers." Mr. Vaughn also admitted this behavior to the undersigned officer on June 21, 2016, although indicated that he thought he had only had one beer.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

Prob12C
Re: Vaughn, Courtney D
June 22, 2016
Page 3

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 22, 2016

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/22/2016

Date