PROB 12C
(6/16)

Report Date: April 7, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2017

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Courtney D. Vaughn        Case Number: 0980 2:14CR00021-RMP-19

Address of Offender:            Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

Original Offense:      Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 21 months;        Type of Supervision: Supervised Release
                       TSR - 36 months

Asst. U.S. Attorney:   Russell E. Smoot           Date Supervision Commenced: October 16, 2015

Defense Attorney:      Daniel N. Rubin            Date Supervision Expires: October 15, 2018

## PETITIONING THE COURT

To **REQUEST A SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 22, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On October 19, 2015, Courtney Vaughn signed his conditions for case number 2:14CR00021-RMP-19, indicating he understood all conditions ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he may not commit another Federal, state, or local crime.<br><br>On April 3, 2017, the U.S. Probation Office in Spokane received an automated inquiry indicating that the client's name had been run by the Spokane Police Department. On April 3, 2017, the undersigned officer received a phone call from the client who indicated that he had been assaulted while at a local restaurant and that he believed the incident was racially motivated. The client admitted to no wrongdoing and indicated that he had been held down on the floor in the establishment while he was continually assaulted by multiple assailants.<br><br>On April 4, 2017, the police report and criminal citation were received relative to the aforementioned matter. According to the reports provided, Mr. Vaughn was present at the Monterey Café with one Percy Gone at the time of the incident. According to restaurant |

staff, as provided in the report, Mr. Vaughn and Mr. Gone began moving items around on the bar, despite staff's request that they stop. When confronted, Mr. Vaughn is alleged to have "tugged" on the bartender's beard and then head-butted staff when they attempted to restrain him.

Mr. Vaughn was cited as a result of the incident for Assault, in violation of Spokane City Municipal Code 10.11.010, the penalty for which is a fine not to exceed $5,000, or imprisonment for not more than 364 days, or both such fine and imprisonment. Mr. Vaughn currently has a court date set on this matter for April 12, 2017, at 1:30 p.m..

6     **Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Supporting Evidence**: On October 19, 2015, Courtney Vaughn signed his conditions for case number 2:14CR00021-RMP-19, indicating he understood all conditions ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he may not associate with convicted felons.

On April 3, 2017, Mr. Courtney Vaughn was contacted by the Spokane Police Department due to an assault alleged to have occurred at the Monterey Café in Spokane, Washington. According to the police report received regarding the matter, and based on the client's own admission, the client was present in the establishment with an individual identified as Percy Gone. A criminal records check indicates that Mr. Gone is a convicted felon.

7     **Special Condition # 15**: You shall not enter into or remain in any establishment where alcohol is the primary item of sale.

**Supporting Evidence**: On October 19, 2015, Courtney Vaughn signed his conditions for case number 2:14CR00021-RMP-19, indicating he understood all conditions ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he may not enter or remain in any establishment where alcohol is the primary item of sale.

On April 3, 2017, Mr. Courtney Vaughn was contacted in the Monterey Café located in Spokane, Washington, due to his involvement in an alleged assault said to have occurred at the establishment. On April 4, 2017, the undersigned officer contacted the Monterey Café and learned that the facility serves as a restaurant during the day, but is closed to individuals under the age of 21 after 9:00 p.m. Staff confirmed that the establishment was considered a bar after 9:00 p.m.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    April 7, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

Prob12C
**Re: Vaughn, Courtney D**
**April 7, 2017**
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/7/2017
_____
Date