PROB 12C
(6/16)

Report Date: April 18, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 18 2017

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Spokane, Washington 99207 | |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: October 16, 2015 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: October 15, 2018 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on June 22, 2016, and April 7, 2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence**: On October 19, 2015, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating that he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances. Mr. Vaughn was informed that based on his history of drug use and his conditions as ordered by the Court, he would be referred to random urinalysis testing at Alcohol Drug Education Prevention and Treatment (ADEPT). The process, and the client's expectations related to the random testing, were explained and he indicated that he understood. |
| | On April 5, 2017, the U.S. Probation Office in Spokane received notification from ADEPT that the client had presented to the provider for random urinalysis testing as required on April 4, 2017, and had submitted a urinalysis sample that was presumptive positive for cocaine and morphine. A drug use admission form was received on April 5, 2017, in which |

the client signed his name indicating that he denied the use of illicit substances and printed on the form "I was taking meds for injury."

On April 12, 2017, the undersigned officer received notification from Alere Toxicology that the urinalysis sample submitted by the client at ADEPT on April 4, 2017, had been confirmed as positive for both morphine and cocaine. The undersigned officer was able to verify the client's current prescription for morphine, prescribed following the incident at a local bar in which the client was cited as being the assailant, and as previously reported to the Court on the petition dated April 7, 2017; however, the client has maintained that the confirmed positive test for cocaine resulted from the medications provided to him after being transported to the hospital for assessment of his injuries after the incident.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 18, 2017

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

4/18/17
Date