PROB 12C
(6/16)

Report Date: June 26, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 27, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

Original Offense:        Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)

| | | |
|---|---|---|
| Original Sentence: | Prison -21 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(October 10, 2017) | Prison - 14 Months;<br>TSR - 36 Months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 16, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: April 15, 2021 |

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 3**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility. |

**Supporting Evidence**: On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to remain at the Spokane Residential Reentry Center until released by the undersigned officer, and was informed he was required to participate in said placement at the direction of the Court to prove his good conduct while in the community.

Mr. Vaughn is alleged to have violated special condition number 3 by being unsuccessfully discharged from the Spokane RRC on June 25, 2018, after failing to pay subsistence as required and directed by the Bureau of Prisons regulations and facility staff respectively.

Prob12C
Re: Vaughn, Courtney D
June 26, 2018
Page 2

On April 26, 2018, Mr. Courtney Vaughn reported for residential services at the Spokane RRC following his release from custody on April 16, 2018. A bed was not immediately available for Mr. Vaughn at the facility due to his unanticipated release from the Spokane County Jail, as he was most recently held at the facility pending adjudication of felony drug charges incurred during the client's previous term of supervised release.

During Mr. Vaughn's ordered term of placement, he struggled significantly with the inherent structure and accountability afforded, and on June 25, 2018, was unsuccessfully discharged from the facility after failing to pay ordered subsistence as required and directed. Mr. Vaughn, while housed at the facility, incurred a total of 12 incident reports for his behavior, to include infractions for deviating, not completing his assigned facility detail, insolence toward staff, being in an unauthorized pod, and threatening another resident. According to the terminal report received in this matter from the assigned case manager on June 25, 2018, Mr. Vaughn was described as being "unable to be accountable and program to expectations."

On June 25, 2018, telephonically, and on June 26, 2018, at the U.S. Probation Office, Mr. Vaughn admitted to failing to pay subsistence as ordered with explanation resulting in his unsuccessful termination from the program.

The U.S. Probation Office respectfully recommends the Court issue a **SUMMONS** requiring the offender to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 26, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/27/2018
Date