PROB 12C
(6/16)

Report Date: September 6, 2018

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 06, 2018**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Courtney D. Vaughn         Case Number: 0980 2:14CR00021-RMP-19

Address of Offender:                          Airway Heights, Washington 99001

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

Original Offense:        Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)

Original Sentence:       Prison - 21 Months;        Type of Supervision: Supervised Release
                         TSR - 36 Months

Revocation Sentence:     Prison - 14 Months;
(October 10, 2017)       TSR - 36 Months

Asst. U.S. Attorney:     James A. Goeke             Date Supervision Commenced: April 16, 2018

Defense Attorney:        Federal Public Defender    Date Supervision Expires: April 15, 2021

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about August 28, 2018, based on his admission.

On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on August 30, 2018, Mr. Vaughn contacted the undersigned officer telephonically stating he was likely going to "drink" based on a recent family event. Mr. Vaughn denied having previously relapsed and agreed to report to the U.S. Probation Office in Spokane, immediately following the phone call. Mr. Vaughn did later report as directed

on two occasions, both before and after a scheduled meeting with the Department of Social and Health Services verbalized by the client. Following the appointment, Mr. Vaughn was directed to provide a urinalysis sample for testing, the results of which were clearly dilute.

Following the attempt, Mr. Vaughn admitted to using alcohol on or about August 23, 2018. Mr. Vaughn signed a drug use admission form and following additional discussion was directed to provide a second urinalysis sample for testing, the results of which were again clearly dilute in substance. Mr. Vaughn was then placed in the lobby area and directed to not drink anything further. Mr. Vaughn then contacted this officer telephonically and admitted to using marijuana on or about August 28, 2018, again signing a drug use admission form documenting his use. Mr. Vaughn would later state he was not honest with this officer about his previous and admitted use of alcohol, as he considered such use better than his relapse on marijuana. Mr. Vaughn indicated that in fact at no time had he relapsed on alcohol. Mr. Vaughn then submitted a third urinalysis sample for testing that again appeared as dilute in substance. The sample was forwarded to Alere Toxicology for confirmation and on September 4, 2018, the results were received in which the sample was confirmed as being negative for all drugs tested for, but was dilute.

2   **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: Mr. Vaughn is alleged to have violated standard condition number 4 by being dishonest with the undersigned officer on multiple occasions occurring on August 30, 2018.

On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to be honest with his supervising officer.

Specifically, on August 30, 2018, Mr. Vaughn contacted the undersigned officer telephonically stating he was likely going to "drink" based on a recent family event. Mr. Vaughn denied having previously relapsed and agreed to report to the U.S. Probation Office in Spokane, immediately following the phone call. Mr. Vaughn did later report as directed on two occasions, both before and after a scheduled meeting with the Department of Social and Health Services verbalized by the client. Following the appointment, Mr. Vaughn was directed to provide a urinalysis sample for testing, the results of which were clearly dilute in substance.

Following the attempt, Mr. Vaughn admitted to using alcohol on or about August 23, 2018. Mr. Vaughn signed a drug use admission form and following additional discussion was directed to provide a second urinalysis sample for testing, the results of which were again clearly dilute in substance. Mr. Vaughn was then placed in the lobby area and directed to not drink anything further. Mr. Vaughn then contacted this officer telephonically and admitted to using marijuana on or about August 28, 2018, again signing a drug use admission form documenting his use. Mr. Vaughn would later state he was not honest with this officer about his previous and admitted use of alcohol as he considered such use better than his relapse on marijuana. Mr. Vaughn indicated that in fact at no time had he relapsed on alcohol. Mr. Vaughn then submitted a third urinalysis sample for testing that again appeared as dilute in

substance. The sample was forwarded to Alere Toxicology for confirmation, and on September 4, 2018, the results were received in which the sample was confirmed as being negative for all drugs tested for, but was dilute.

3      **Special Condition # 7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**Supporting Evidence**: Mr. Vaughn is alleged to have violated special condition number 7 by ingesting alcohol on or about August 23, 2018, based on his admission.

On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of alcohol.

Specifically, on August 30, 2018, Mr. Vaughn contacted the undersigned officer telephonically stating he was likely going to "drink" based on a recent family event. Mr. Vaughn denied having previously relapsed and agreed to report to the U.S. Probation Office in Spokane, immediately following the phone call. Mr. Vaughn did later report as directed on two occasions, both before and after a scheduled meeting with the Department of Social and Health Services verbalized by the client. Following the appointment, Mr. Vaughn was directed to provide a urinalysis sample for testing, the results of which were clearly dilute in substance.

Following the attempt, Mr. Vaughn admitted to using alcohol on or about August 23, 2018. Mr. Vaughn signed a drug use admission form and following additional discussion was directed to provide a second urinalysis sample for testing, the results of which were again clearly dilute in substance. Mr. Vaughn was then placed in the lobby area and directed to not drink anything further. Mr. Vaughn then contacted this officer telephonically and admitted to using marijuana on or about August 28, 2018, again signing a drug use admission form documenting his use. Mr. Vaughn would later state he was not honest with this officer about his previous and admitted use of alcohol as he considered such use better than his relapse on marijuana. Mr. Vaughn indicated that in fact at no time had he relapsed on alcohol. Mr. Vaughn then submitted a third urinalysis sample for testing that again appeared as dilute in substance. The sample was forwarded to Alere Toxicology for confirmation, and on September 4, 2018, the results were received in which the sample was confirmed as being negative for all drugs tested for, but was dilute.

Prob12C
**Re: Vaughn, Courtney D**
**September 6, 2018**
**Page 4**

The U.S. Probation Office respectfully recommends the Court issue a **summons** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    09/06/2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

9/6/2018

Date