Report Date: September 26, 2018

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2018

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Airway Heights, Washington 99001 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence: (October 10, 2017) | Prison - 14 Months; TSR - 36 Months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | April 16, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | April 15, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 9/6/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition # 3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court. |
| | **Supporting Evidence:** Mr. Vaughn is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about September 7, 2018, based on the client's admission and urinalysis testing. |
| | On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |
| | Specifically, on September 19, 2018, Mr. Vaughn reported to the U.S. Probation Office in Spokane, and was directed to submit to urinalysis testing. Prior to testing the client admitted |

        to using marijuana on or about September 7, 2018, and specifically indicated it had occurred the day after he last met with this officer in the U.S. Probation Office, previously occurring on September 6, 2018. Mr. Vaughn indicated he used the product after drawing the conclusion that he was likely to be returned to custody. Mr. Vaughn did subsequently submit to urinalysis testing, the result of which was presumptive positive for marijuana. Mr. Vaughn did sign a drug use admission on the day in question in effort to document his admitted use of marijuana previously occurring on or about September 7, 2018.

5        **Special Condition # 7**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

        **Supporting Evidence**: Mr. Vaughn is alleged to have violated special condition number 7 by ingesting alcohol on or about September 14, 2018, based on his admission.

        On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of alcohol.

        Specifically, on September 19, 2018, Mr. Vaughn reported to the U.S. Probation Office in Spokane, and was directed to submit to urinalysis testing. Prior to testing the client admitted to using alcohol most recently on September 14, 2018, indicating he drank Hennessy Brandy. Mr. Vaughn did sign a drug use admission on the day in question in an effort to document his admitted use of alcohol previously occurring on or about September 14, 2018.

The U.S. Probation Office respectfully recommends the Court incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

        I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | September 26, 2018 |
| | s/Chris Heinen |
| | Chris Heinen<br>U.S. Probation Officer |

Prob12C
**Re: Vaughn, Courtney D**
**September 26, 2018**
**Page 3**

THE COURT ORDERS

[ ]     No Action
[ ]     The Issuance of a Warrant
[ ]     The Issuance of a Summons
[X]     Other --Incorporate the violations with previous petition.

*Deanna Malouf Peterson*

Signature of Judicial Officer

9/26/2018

Date