Report Date: October 12, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 12, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 21 Months;<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 10, 2017) | Prison - 14 Months;<br>TSR - 36 Months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | April 16, 2018 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: | April 15, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018 and 09/26/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 1, by allegedly assaulting his girlfriend on September 18, 2018, with charges being lodged against Mr. Vaughn relative to this matter on October 9, 2018.<br><br>On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from committing any Federal, state or local crime.<br><br>Specifically, on September 18, 2018, at 11:23 p.m., the undersigned officer received a voice mail from Airway Heights Police Department Officer Keetch, indicating that they were searching for the client after he had allegedly engaged in an argument with his girlfriend, assaulted her, and had then "taken off." The reporting officer indicated that the victim in the |

case had a "bloody nose" and that they were subsequently unable to locate the client. The officer indicated that he would be forwarding charges with respect to the matter.

On September 19, 2018, the client and his girlfriend both reported to the U.S. probation officer following the received voice mail. Following this officer's expressed concern, both parties were adamant that nothing had occurred, instead indicating that neighbors had called police during their argument.

On September 24, 2018, the police report was received with respect to this matter, in which it served to document the continued and ongoing investigation following a report from multiple neighbors indicating that they had observed the client throwing or pushing the victim to the ground and then either getting on top of or standing over the victim and striking the victim in the face while she was on the ground. The report concluded by indicating that the case would be forwarded to the prosecutor upon the officer's investigational findings of probable cause for assault forth degree, domestic violence.

On October 11, 2018, the U.S. Probation Office in Spokane learned that charges had been formally filed relative to this matter on October 9, 2018, with the client's arraignment currently set for November 1, 2018, 10:30 a.m. in Airway Heights, Washington. Assault in the Fourth Degree, is a violation of RCW 9A.36.041, and is a gross misdemeanor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 12, 2018

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

10/12/2018
Date