PROB 12C  
(6/16)

Report Date: January 8, 2019

FILED IN THE  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2019

SEAN F. McAVOY, CLERK

# United States District Court

## for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Courtney D. Vaughn    Case Number: 0980 2:14CR00021-RMP-19

Address of Offender: ███████████████, Washington 99208

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

Original Offense:    Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)

Original Sentence:    Prison - 21 Months;    Type of Supervision: Supervised Release
                      TSR - 36 Months

Revocation Sentence:    Prison - 14 Months;
(October 10, 2017)      TSR - 36 Months

Asst. U.S. Attorney:    James Goeke    Date Supervision Commenced: April 16, 2018

Defense Attorney:    John Stephen Roberts, Jr.    Date Supervision Expires: April 15, 2021

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018, 09/26/2018, and 10/12/2018.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

7    **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.

**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 1 by driving without a valid license on or about December 12, 2018, based on law enforcement reports, and the client's admission of such conduct.

On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state or local crime.

Specifically, on December 12, 2018, the undersigned officer received an automated notification from the Spokane County Sheriff's Office indicating the client's name had been run by local law enforcement. On December 13, 2018, the undersigned officer received a phone call from the client who stated he wanted to report that he had law enforcement

contact on December 12, 2018, after he had been pulled over and cited for driving without a license. Mr. Vaughn stated he felt the stop was "pre-textual", but did admit to driving without a valid license.

Mr. Vaughn indicated the ticketing officer advised him it was his responsibility to continually check in with the Spokane County District Court to determine if and when action would be taken against him with respect to the citation. According to the copy of the citation provided by the client, the client was cited on December 12, 2018, for third degree driving while license suspended.

As of the date of this report, Court records do not reflect that any case has been filed with respect to the matter; however, according to district court staff this is not indicative of whether charges will or will not be filed at any point in the future. Third Degree Driving While License Suspended is a violation of R.C.W. 46.20.342.1C, a misdemeanor.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 8, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.

Signature of Judicial Officer

1/8/2019
Date