PROB 12C
(6/16)

Report Date: June 7, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 07, 2019

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 10, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | | |
| Original Sentence: | Prison - 21 Months;<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 10, 2017) | Prison - 14 Months;<br>TSR - 36 Months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: | April 16, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | April 15, 2021 |

### PETITIONING THE COURT

To issue a **SUMMONS** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018, 09/26/2018, 10/12/2018, and 01/08/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 8 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 1 by driving without a valid license on or about May 24, 2019, based on law enforcement reports and the client's admission of such conduct.<br><br>On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from committing any federal, state, or local crime.<br><br>Specifically, on May 24, 2019, the undersigned officer received an automated notification from the Washington State Patrol indicating the client's name had been run by the agency. On May 30, 2019, the police reports relative to this matter were received by the undersigned officer. It should be noted the client had previously advised the undersigned officer via voice |

Prob12C
Re: Vaughn, Courtney D
June 7, 2019
Page 2

mail of an emergent need to travel to Moses Lake to assist both his girlfriend and her cousin, who he stated had "broken down" in their vehicle.

According to the police reports received relative to this matter, on May 24, 2019, the client's vehicle was observed by law enforcement to be traveling at a "visibly high rate of speed in excess of the posted speed limit." Law enforcement subsequently determined by using radar that the client was in fact traveling at a rate of speed of 87 miles-per-hour (MPH) in a posted 70 MPH zone. Mr. Vaughn was contacted by law enforcement, at which time he admitted he did not have a license. Law enforcement also noted a "strong odor" of marijuana during the contact and observed the client had a toddler not properly restrained in the vehicle at the time of the contact, further elaborating in the report that there was a plastic clip buckled on the toddler's chest, but no 5-point system.

As a result of the contact, Mr. Vaughn was issued both a criminal and a traffic citation. Mr. Vaughn was issued a criminal citation with respect to the charge of Driving While License Suspended in the 3rd Degree, in violation of R.C.W. 46.20.342.1C, a misdemeanor. According to Court records, Mr. Vaughn has a mandatory court appearance relative to this citation currently scheduled to occur on July 15, 2019, at 9 a.m. In addition, Mr. Vaughn was issued a traffic citation for speeding, failing to use a child restraint, and operating a motor vehicle without insurance. As a result of these offenses, Mr. Vaughn received a total owed financial penalty of $873.

9      **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.

**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 3 by ingesting marijuana on or about May 31, 2019, based on urinalysis testing.

On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.

Specifically, on May 31, 2019, Mr. Vaughn reported to the U.S. Probation Office in Spokane to submit to urinalysis testing, as previously directed. Mr. Vaughn was subsequently able to provide a urinalysis sample for testing, the results of which was initially presumptive positive for both cocaine and marijuana. Mr. Vaughn was confronted on the results by both the testing officer, as well as by the undersigned officer, and on both occasions adamantly denied using any illicit substance.

On June 6, 2019, the lab results were received relative to this matter confirming the sample provided by the client was in fact a diluted sample, and confirming the sample as being negative for cocaine but positive for marijuana. On June 6, 2019, Mr. Vaughn was contacted telephonically and confronted with the results at which time he indicated he was unsure of what to say and again reaffirmed that at no time had he used marijuana.

10     **Standard Condition # 9**: If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.

Prob12C
Re: Vaughn, Courtney D
June 7, 2019
Page 3

**Supporting Evidence**: Mr. Vaughn is alleged to have violated standard condition number 9 by failing to advise the undersigned officer of law enforcement contact occurring on or about May 24, 2019.

Specifically, on May 24, 2019, Mr. Courtney Vaughn was stopped by the Washington State Patrol. As a result of the contact, Mr. Vaughn was issued both a criminal and a traffic citation. Mr. Vaughn was issued a criminal citation with respect to the charge of Driving While License Suspended in the 3rd Degree, in violation of R.C.W. 46.20.342.1C, a misdemeanor. According to court records, Mr. Vaughn has a mandatory court appearance relative to this citation currently set to occur on July 15, 2019, at 9 a.m. In addition, Mr. Vaughn was issued a traffic citation for speeding, failing to use a child restraint, and operating a motor vehicle without insurance. As a result of these offenses, Mr. Vaughn received a total owed financial penalty of $873.

Mr. Vaughn then failed to advise the undersigned officer of the contact as required. On June 3, 2019, Mr. Vaughn reported to the U.S. Probation Office in Spokane, as directed, and admitted to failing to advise this officer as required, stating that advising this officer of such contact created and caused anxiety for him.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **SUMMONS** requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 7, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.

*Rosanna Malouf Peterson*
Signature of Judicial Officer

6/7/2019
Date