# United States District Court

## for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Report Date: July 18, 2019

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 18, 2019

SEAN F. McAVOY, CLERK

Name of Offender: Courtney D. Vaughn                Case Number: 0980 2:14CR00021-RMP-19

Address of Offender:                                Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

Original Offense:      Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1)

Original Sentence:     Prison - 21 Months;           Type of Supervision: Supervised Release
                       TSR - 36 Months

Revocation Sentence:   Prison - 14 Months;
(October 10, 2017)     TSR - 36 Months

Asst. U.S. Attorney:   James Goeke                   Date Supervision Commenced: April 16, 2018

Defense Attorney:      Federal Public Defender       Date Supervision Expires: April 15, 2021

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018, 09/26/2018, 10/12/2018, 01/08/2019, and 06/07/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 3**: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within fifteen days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence**: Mr. Vaughn is alleged to have violated mandatory condition number 3 by ingesting marijuana and cocaine on or about July 11, 2019, based on urinalysis testing, and the client's admitted use of marijuana.<br><br>On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances.<br><br>Specifically, on July 11, 2019, Mr. Vaughn reported to the U.S. Probation Office in Spokane to submit to urinalysis testing, as previously directed.  He was subsequently able to provide |

a urinalysis sample for testing, the results of which were presumptive positive for both cocaine and marijuana. Mr. Vaughn admitted to using marijuana most recently occurring on or about July 10, 2019, stating he had been using the substance approximately every other day as it helped him to address his anxiety more effectively than his prescribed medications. Mr. Vaughn adamantly denied any use of cocaine.

On July 14 and 16, 2019, the lab results were received relative to this matter confirming the sample provided by the client as being positive for both cocaine and marijuana. Despite being confronted with the results of laboratory testing, Mr. Vaughn continues to deny any wilful use of cocaine, stating instead that the substance may have entered his system through inadvertent physical contact, through his prescribed medications or the substance may have been present in the marijuana he ingested, which he admits was prepared for him and given to him by another individual.

On July 17, 2019, confirmation was received from the Director of Toxicology with Alere that the client's prescribed medication as provided to the undersigned officer by the client would not alone, or in combination, result in the detection of either illicit substance as noted herein.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 18, 2019

s/Chris Heinen

Chris Heinen  
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action  
[ ] The Issuance of a Warrant  
[ ] The Issuance of a Summons  
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.  
[X] Defendant to appear before the Judge assigned to the case.  
[ ] Defendant to appear before the Magistrate Judge.  
[ ] Other

Signature of Judicial Officer

7/18/2019

Date