PROB 12C
(6/16)

Report Date: August 23, 2019

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 23, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Courtney D. Vaughn        Case Number: 0980 2:14CR00021-RMP-19

Address of Offender:        Spokane Valley, Washington 99037

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

| | |
|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 21 Months;<br>TSR - 36 Months | Type of Supervision: | Supervised Release |
| Revocation Sentence:<br>(October 10, 2017) | Prison - 14 Months;<br>TSR - 36 Months | | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: | April 16, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | April 15, 2021 |

## PETITIONING THE COURT

To issue a **WARRANT** and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018, 09/26/2018, 10/12/2018, 01/08/2019, 06/07/2019, 07/18/2019, and 08/07/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 13 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Vaughn is alleged to have violated special condition number 6 by ingesting cocaine on or about August 8, 2019, based on sweat patch testing. |
| | On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances and fully comply with urinalysis and sweat patch testing as directed. |

Specifically, on August 8, 2019, Mr. Vaughn reported to the U.S. Probation Office in Spokane, as previously directed, to allow for sweat patch application and in an effort to provide the client with a copy of the Court's order drafted August 7, 2019, through which the Court provided the client strict direction that any further substance abuse or attempts to defeat the sweat patch testing process would result in incarceration. As a part of the contact, a sweat patch was applied to the client and the client was afforded a copy of the order as drafted by the Court.

On August 13, 2019, the client reported to the U.S. Probation Office in Spokane and advised his sweat patch was beginning to curl on the edges. The sweat patch was removed from the client and forwarded for laboratory testing. The client denied any illicit drug use as a part of the contact. On August 22, 2019, the undersigned officer received the laboratory results reference this testing in which the laboratory report did confirm the patch as being positive for cocaine.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a **WARRANT**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: August 23, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer
8/23/2019
Date