# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 06, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Courtney D. Vaughn                Case Number: 0980 2:14CR00021-RMP-19

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 21 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence: (October 10, 2017) | Prison - 14 Months; TSR - 36 Months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: April 16, 2018 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: April 15, 2021 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/06/2018, 09/26/2018, 10/12/2018, 01/08/2019, 06/07/2019, 07/18/2019, 08/07/2019, and 08/23/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 14 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Vaughn is alleged to have violated special condition number 6 by ingesting marijuana on or about August 14, 2019, based on sweat patch testing. |
| | On April 19, 2018, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances and fully comply with urinalysis and sweat patch testing as directed. |

Specifically, on August 14, 2019, Mr. Vaughn was contacted at his current place of employment in the community by the undersigned officer, in part to allow for a new sweat patch to be applied to the client, as previously ordered by the Court.

On August 26, 2019, the client reported to the U.S. Probation Office as previously directed by the undersigned officer to allow for the removal of the sweat patch. Mr. Vaughn was subsequently taken into custody on the day in question, based on the Court's warrant dated August 23, 2019.

On September 3, 2019, the results were received relative to this testing, which confirmed the patch as being positive for both cocaine and marijuana. It should be noted the client's documented level for cocaine is to a lesser degree than what was previously reported to the Court on the petition dated August 23, 2019. As a result, and based on the proximity of dates tested, it should be noted this positive result could simply be residual. The testing also verified the presence of marijuana, which was previously undiagnosed in laboratory testing based on the client's previous sweat patch application and removal. Such a result would appear to substantiate the client's recent and previously unreported use of marijuana.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 5, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

9/6/2019
Date