# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Spokane Valley, Washington 99037 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

| | | | |
|---|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1), (b)(1)(C) | | |
| Original Sentence: | Prison - 21 months; TSR - 36 months | Type of Supervision: Supervised Release | |
| Revocation Sentence October 10, 2019 | Prison - 14 months; TSR - 36 months | | |
| Revocation Sentence September 9, 2019 | Prison - 2 months; TSR - 36 months | | |
| Asst. U.S. Attorney: | James Goeke | Date Supervision Commenced: October 24, 2019 | |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: October 23, 2022 | |

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: The defendant shall not commit another Federal, state, or local crime. |

**Supporting Evidence**: Mr. Vaughn is alleged to have violated his conditions of supervised release by being arrested for Possession of a Controlled Substance (cocaine) with Intent to Deliver, in violation of R.C.W 69.50.401 BF.

According to the Spokane police report, case number 2019-20233592, on December 15, 2019, at approximately 0125 hours, a Spokane police officer was on patrol in downtown Spokane. The police officer observed Mr. Vaughn standing near a traffic light control box, who then assaulted another male by punching him in the face, which caused the male to drop to the ground. Mr. Vaughn was contacted for the purpose of the assault investigation. Mr. Vaughn had an outstanding warrant for domestic violence and he was arrested.

Prob12C
Re: Vaughn, Courtney D
December 16, 2019
Page 2

After arriving at the Spokane County Jail, the police officer located two pieces of a small plastic baggie that was torn and contained a white substance, and small white chunks, that appeared to be cocaine. Mr. Vaughn had a white substance on his hands and clothing after being removed from the vehicle. The white substance was field tested positive for cocaine.

During a strip search, Mr. Vaughn dropped another torn baggie with small white chunks and residue. Mr. Vaughn's underwear was taken off and 10 small baggies containing a white substance was found which appeared to be cocaine.

Mr. Vaughn had $440 in U.S. currency which consisted of twenty two $20 dollar bills. A total of 12 individual baggies containing approximately the same amount of white substance which field tested positive for cocaine.

On October 24, 2019, Mr. Vaughn signed his conditions of supervision relative to case number 2:14CR00021-RMP-19, acknowledging an understanding of his conditions of supervision. Specifically, he was aware is not to commit another Federal, state, or local crime.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/16/2019

s/Corey McCain

Corey McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/16/2019

Date