PROB 12C
(6/16)

Report Date: December 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 23, 2019

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Courtney D. Vaughn | Case Number: 0980 2:14CR00021-RMP-19 |
| Address of Offender: | Washington 99037 |

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 10, 2015

| | | |
|---|---|---|
| Original Offense: | Distribution of Oxycodone Hydrochloride, 21 U.S.C. § 841(a)(1) | |
| Original Sentence: | Prison - 21 Months;<br>TSR - 36 Months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>(October 10, 2017) | Prison - 14 Months;<br>TSR - 36 Months | |
| Revocation Sentence<br>(September 9, 2019) | Prison - 2 Months;<br>TSR - 36 Months | |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: October 24, 2019 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: October 23, 2022 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/16/2019.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition #3:** You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the Court.<br><br>**Supporting Evidence:** Mr. Vaughn is alleged to have violated mandatory condition number 3 by ingesting cocaine on or about December 13, 2019, based on urinalysis testing.<br><br>On October 24, 2019, Mr. Courtney Vaughn signed his conditions relative to case number 2:14CR00021-RMP-19, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Vaughn was made aware by his U.S. probation officer that he was required to refrain from the use of illicit substances. |

Prob12C
Re: Vaughn, Courtney D
December 23, 2019
Page 2

Specifically, on December 13, 2019, Mr. Vaughn submitted to random urinalysis testing with Pioneer Human Services in Spokane. The sample submitted by the client reflected as presumptive positive for cocaine; however, the client denied use and a drug use denial form was ultimately received by the U.S. Probation Office in which Mr. Vaughn signed his name denying the use of any illicit substance. The sample was ultimately forwarded to the lab for confirmation.

On December 23, 2019, the laboratory confirmation report was received by the undersigned officer with respect to the urinalysis sample submitted by the client and referenced herein. The sample provided by the client was confirmed as being positive for cocaine metabolite.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 23, 2019

s/Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition
      with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

December 23, 2019

Date